

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00771-CR

Style:     Lavoshae Wygal v. The State of Texas

Date motion filed*:     September 20, 2016

Type of motion:     Fifth Motion to Extend Time to File Appellate Brief

Party filing motion:     Appellant's new lead counsel Cheri Duncan

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

    Original due date:     May 19, 2016

    Number of extensions granted:     4     Current Due Date: September 19, 2016

    Date Requested:     September 23, 2016 (127 days from original deadline)

Ordered that motion is:

    ☑ Granted

       If document is to be filed, document due: September 23, 2016.

       ☑     No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

On August 30, 2016, this Court granted the fourth extension request to file appellant's brief until September 19, 2016, but with no further extensions to be granted. Because this is only the second extension by new counsel, Cheri Duncan, and she seeks only four days until September 23, 2016, this extension is **granted, but no further extensions will be granted** given the total length of time requested. *See* TEX. R. APP. P. 10.5(b)(1)(C). Accordingly, if appellant's brief is not filed by **September 23, 2016**, the Court will abate this appeal for a late-brief hearing. *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
                  ☑ Acting individually     ☐ Acting for the Court

Date: September 23, 2016

November 7, 2008 Revision